## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kristina Marie Reeves                                      CHAPTER 13

      Debtor(s)

             BKY. NO. 26-12241 PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2018-RPL4 and index same on the master mailing list.

         Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
02 Jun 2026, 16:35:23, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 79e89bcf880e3fbcc75188706b34c6b6e92760336eb47b6e940fced1745760de