DBH READING CONCESSIONS LLC
PO Box 15050
Reading PA  19612

7032-5381
ORG1 703 Concessions
ORG2 5050 Concession
EE ID  1960590040 DD

KRISTINA M REEVES
428 HAZEL ST
READING PA  19611

CUSTOMERS BANK
PAYABLE IF DESIRED AT:
ALL CUSTOMERS BANK BANKS

## PERSONAL AND CHECK INFORMATION

Kristina M Reeves
428 Hazel St
Reading, PA  19611
**Employee ID:**  1960590040

**Home Department:** 5050 Concessions/ 703 Concessions

**Pay Period:** 04/06/26 **to** 04/19/26
**Check Date:** 04/24/26   **Check #:** 50228

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 963 | 151.70 | 151.70 |
| **NET PAY** | **151.70** | **151.70** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 12.6000 | 10.5000 | 132.30 | 12.6000 | 132.30 |
| | Tips Charged | ––––– | | 37.75 | ––––– | 37.75 |
| | **Total Hours** | 12.6000 | | | 12.6000 | |
| | **Total Hrs Worked** | 12.6000 | | | 12.6000 | |
| | **Gross Earnings** | | | 170.05 | | 170.05 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 10.54 | 10.54 |
| Medicare | | 2.47 | 2.47 |
| PA Income Tax | | 5.22 | 5.22 |
| PA Unemploy | | 0.12 | 0.12 |
| **TOTAL** | | 18.35 | 18.35 |



| **Employee Name:** | Kristina M Reeves | **Pay Date:** | 4/24/2026 |
| **Employee #:** | 2358424 | **Pay Period:** | 4/6/2026 - 4/19/2026 |
| **Employee Address:** | 428 Hazel Street Reading, PA 19611 | **Deposit Advice #:** | 249469196 |
| | | **Pay Frequency:** | Bi-Weekly |
| **Department:** | 218-1101 | **Pay Rate:** | 14.5000 |
| **Job Title:** | Ride Operator | **Federal Filing Status:** | Single |
| | | **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| | | **Local Exemptions:** | (South Whitehall) |
| | | **State Filing Status:** | (PA) |
| | | **State Exemptions:** | (PA) |

**Employer Name:** Six Flags Associates Inc.
**Employer Phone:** (419) 609-5942
**Employer Address:** One Cedar Point Drive Sandusky, OH 44870

| | Current 4/6/2026 - 4/19/2026 | | | YTD As of 4/19/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **6.4830** | | **$94.01** | **7.1000** | **$102.95** |
| Regular | 6.4830 | 14.5000 | $94.01 | 7.1000 | $102.95 |
| **Taxes** | | | **$15.52** | | **$18.80** |
| FICA EE | | | $5.83 | | $6.38 |
| Fed MWT EE | | | $1.36 | | $1.49 |
| PA W/H | | | $2.89 | | $3.16 |
| PA UT EE | | | $0.06 | | $0.07 |
| SWhthlTwpW/H | | | $3.38 | | $3.70 |
| SWhthlTwpLST | | | $2.00 | | $4.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$78.49** | | **$84.15** |
| Direct Deposit | 036076150 | XXXXXX4963 | $78.49 | | |

dayforce



| | |
|---|---|
| **Employer Name:** | Six Flags Associates Inc. |
| **Employer Phone:** | (419) 609-5942 |
| **Employer Address:** | One Cedar Point Drive Sandusky, OH 44870 |

| | |
|---|---|
| **Employee Name:** | Kristina M Reeves |
| **Employee #:** | 2358424 |
| **Employee Address:** | 428 Hazel Street Reading, PA 19611 |
| **Department:** | 218-1192 |
| **Job Title:** | Ride Operator |

| | |
|---|---|
| **Pay Date:** | 5/8/2026 |
| **Pay Period:** | 4/20/2026 - 5/3/2026 |
| **Deposit Advice #:** | 257279041 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 14.5000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **Local Exemptions:** | (South Whitehall) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | Current 4/20/2026 - 5/3/2026 | | | YTD As of 5/3/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **13.7830** | | **$199.86** | **20.8830** | **$302.81** |
| Regular | 13.7830 | 14.5000 | $199.86 | 20.8830 | $302.81 |
| **Taxes** | | | **$30.76** | | **$49.56** |
| FICA EE | | | $12.39 | | $18.77 |
| Fed MWT EE | | | $2.90 | | $4.39 |
| PA W/H | | | $6.14 | | $9.30 |
| PA UT EE | | | $0.14 | | $0.21 |
| SWhthlTwpW/H | | | $7.19 | | $10.89 |
| SWhthlTwpLST | | | $2.00 | | $6.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$169.10** | | **$253.25** |
| Direct Deposit | 036076150 | XXXXXX4963 | $169.10 | | |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| 49Z | 020657 | 000010 | | 0000210588 | 1 |

# Earnings Statement



*AMERIVENTS*
*1776 BROADWAY   SUITE 1501*
*NEW YORK, NY 10019*

Period Beginning:    05/09/2026
Period Ending:      05/15/2026
Pay Date:           05/22/2026

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table,$1  Extra
    Withholding

**KRISTINA   REEVES**
**428  HAZEL  ST**
**READING  PA  19611**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 19.0000 | 27.50 | 522.50 | 522.50 |
| **Gross Pay** | | | **$522.50** | 522.50 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 27.50 | |

**Important Notes**

COMPANY  PH#: 212-245-1080

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -22.29 | 22.29 |
| | Social Security Tax | -32.40 | 32.40 |
| | Medicare Tax | -7.58 | 7.58 |
| | PA State Income Tax | -16.04 | 16.04 |
| | Newtown Twp Local Svc Tax | -1.00 | 1.00 |
| | Reading City Income Tax | -18.81 | 18.81 |
| | PA SUI Tax | -0.37 | 0.37 |
| | **Net Pay** | **$424.01** | |
| | Ck1 | -424.01 | |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $522.50

© 2000 ADP  Inc.

AMERIVENTS
1776 BROADWAY SUITE 1501
NEW YORK, NY 10019

**Advice number:**    **00000210588**
Pay date:          05/22/2026

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **KRISTINA   REEVES** | xxxxxx4963 | xxxx xxxx | $424.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Six Flags
## Entertainment Corporation

**Employee Name:** Kristina M Reeves
**Employee #:** 2358424
**Employee Address:** 428 Hazel Street
Reading, PA 19611
**Department:** 218-1192
**Job Title:** Ride Operator

**Pay Date:** 5/22/2026
**Pay Period:** 5/4/2026 - 5/17/2026
**Deposit Advice #:** 265853972
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 14.5000
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** Yes/$0.00
**Local Exemptions:** (South Whitehall)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

**Employer Name:** Six Flags Associates Inc.
**Employer Phone:** (419) 609-5942
**Employer Address:** One Cedar Point Drive
Sandusky, OH 44870

| | Current 5/4/2026 - 5/17/2026 | | | YTD As of 5/17/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **23.4000** | | **$339.30** | **44.2830** | **$642.11** |
| Regular | 23.4000 | 14.5000 | $339.30 | 44.2830 | $642.11 |
| **Taxes** | | | **$53.80** | | **$103.36** |
| Fed W/H | | | $2.97 | | $2.97 |
| FICA EE | | | $21.04 | | $39.81 |
| Fed MWT EE | | | $4.92 | | $9.31 |
| PA W/H | | | $10.42 | | $19.72 |
| PA UT EE | | | $0.24 | | $0.45 |
| SWhthlTwpW/H | | | $12.21 | | $23.10 |
| SWhthlTwpLST | | | $2.00 | | $8.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$285.50** | | **$538.75** |
| Direct Deposit | 036076150 | XXXXXX4963 | $285.50 | | |

dayforce



**Employer Name:**     Six Flags Associates Inc.
**Employer Phone:**    (419) 609-5942
**Employer Address:**  One Cedar Point Drive
                       Sandusky, OH 44870

**Employee Name:**     Kristina M Reeves
**Employee #:**        2358424
**Employee Address:**  428 Hazel Street
                       Reading, PA 19611
**Department:**        218-1192
**Job Title:**         Ride Operator

**Pay Date:**                      5/22/2026
**Pay Period:**                    5/4/2026 - 5/17/2026
**Deposit Advice #:**              265853972
**Pay Frequency:**                 Bi-Weekly
**Pay Rate:**                      14.5000
**Federal Filing Status:**         Single
**Federal 2c/Extra Withholding:**  Yes/$0.00
**Local Exemptions:**              (South Whitehall)
**State Filing Status:**           (PA)
**State Exemptions:**              (PA)

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 5/4/2026 | 5/10/2026 | 23.4000 | 14.5000 | $339.30 |
| **Total Hours Paid** | | | **23.4000** | | |



Page 2 of 2