Certificate Number: 05781-PAE-DE-041105928

Bankruptcy Case Number: 26-12241



05781-PAE-DE-041105928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2026, at 12:10 o'clock PM PDT, Kristina Reeves completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 17, 2026                              By:      /s/Allison M Geving

                                                   Name:    Allison M Geving

                                                   Title:    President