**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Kristina Marie Reeves | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No.:  26-12241-pmm** |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on July 30, 2026 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  July 30, 2026           By:     */s/ Joseph Quinn*_____
                                       Joseph Quinn, Esquire
                                       Attorney I.D. No. 307467
                                       **ROSS, QUINN & PLOPPERT, P.C.**
                                       192 S. Hanover Street, Suite 101
                                       Pottstown, PA 19464
                                       T: 610.323.5300
                                       JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via:     ☒ CM/ECF     ☐1st Class Mail          ☐Certified Mail          ☐e-mail:
          ☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:     ☒ CM/ECF     ☐1st Class Mail          ☐Certified Mail          ☐e-mail:
          ☐Other:

1

Maggie S. Soboloski, Esquire
Legacy Mortgage Asset Trust 2018-RPL4
msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Avant/WebBank
222 North Lasalle Street, Suite 1600
Chicago, IL 60601
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Capital One, N.A. c/o
AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Comenity Bank
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

LVNV Funding, LLC c/o
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Creditor
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
Creditor
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Target NB
c/o Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440
Creditor
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other: