Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kristina Marie Reeves
428 Hazel Street
Reading, PA 19611

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12241-PMM**

Petition Filed Date: 05/22/2026
341 Hearing Date: 06/30/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/26/2026 | $436.00 | | 07/27/2026 | $436.00 | | | | |

**Total Receipts for the Period: $872.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $872.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,880.00 | $0.00 | $3,880.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $2,010.09 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $165.14 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $234.26 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $1,282.11 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,761.18 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $448.11 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $135.35 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $121.97 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Mortgage Arrears | $18,939.22 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12241-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $872.00 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $0.00 | Arrearages: | $425.00 |
| Paid to Trustee: | $67.14 | Total Plan Base: | $25,522.00 |
| Funds on Hand: | $804.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.